

# Fourth Court of Appeals
## San Antonio, Texas

August 16, 2022

No. 04-22-00485-CR

**EX PARTE** Jose Eliseo Bonilla **PAZ**

From the County Court, Kinney County, Texas
Trial Court No. 10458CR
Honorable Dennis Powell, Judge Presiding

## O R D E R

This is an appeal of the trial court's ruling on a pre-trial writ of habeas corpus. On August 2, 2022, appellant filed a notice of appeal challenging the trial court's order denying his pretrial application for writ of habeas corpus. On August 10, 2022, the district clerk filed the clerk's record, which did not include a copy of the trial court's certification of appellant's right to appeal under Rule 25.2 of the Texas Rules of Appellate Procedure. The district clerk's office informed this court that there is no certificate of appeal.

The Rules of Appellate Procedure require the trial court to enter a certification of the defendant's right of appeal "each time it enters a judgment of guilt *or other appealable order*." TEX. R. APP. P. 25.2(a)(2) (emphasis added). An order denying a pretrial application seeking habeas corpus relief is a final appealable order. *See Ex parte Schmidt*, 109 S.W.3d 480, 481-82 (Tex. Crim. App. 2003) (reaffirming that when trial court has jurisdiction to issue writ of habeas corpus, denial of relief can be appealed); *Ex parte Gonzales*, No. 04-19-00869-CR, 2020 WL 4046521, at *2 (Tex. App.—San Antonio July 15, 2020, no pet.) (mem. op., not designated for publication) ("trial court's denial of appellant's pretrial application for writ of habeas corpus is a final appealable order"); *Ex parte Matthews*, 452 S.W.3d 8, 12 (Tex. App.—San Antonio 2014, no pet.) (order denying relief in a pre-conviction habeas corpus proceeding "is immediately appealable 'because the habeas proceeding is in fact considered a separate 'criminal action,' and the denial of relief marks the end of the trial stage of that criminal action and the commencement of the timetable for appeal.'").

This appeal is therefore ABATED, and the trial court is ORDERED to, **no later than August 26, 2022**, prepare its certification of appellant's right of appeal from the order denying appellant's pretrial application for writ of habeas corpus as required by the Texas Rules of Appellate Procedure and forward the certification to the district clerk for inclusion in the record. *See* TEX. R. APP. P. 25.2(a)(2), 44.4; *see, e.g., Ex parte Miller*, No. 03-16-00137-CR, 2016 WL 2942004, at *1 (Tex. App.—Austin May 10, 2016, no pet.) (order & mem. op., not designated

for publication) (per curiam) (abating appeal and directing trial court to prepare and file certification of appellant's right of appeal from order denying pretrial habeas corpus relief).

We further ORDER the Kinney County District Clerk to, **no later than August 31, 2022**, file the supplemental record in this court containing the trial court's certification. *See* TEX. R. APP. P. 25.2(d), 34.5(c)(2).

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of August, 2022.

_____
Michael A. Cruz,
Clerk of Court